**SCHENCK, PRICE, SMITH & KING, LLP**
CHRISTOPHER J. MCHATTIE, ESQ.
220 Park Avenue
Florham Park, New Jersey 07932
mchattie@optonline.net
973-539-1000
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CANTERBURY Design KITCHEN INTERIORS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>CANTENBERRY KITCHEN AND BATH, LLC, DANIEL KNAPIK, VINCENT CORBO and JEFFREY IMHOFF<br><br>*Defendant(s)*. | Civil Act. No. 2:11-cv-06846 |

**AFFIDAVIT OF SERVICE**

1. I, Paul Burnett, Esq., personally served Plaintiff's Application for a Temporary Restraining Order, and motion for a Preliminary Injunction with expedited hearing and supporting papers, and a letter notifying defendant(s) of Judge Chesler's instructions for civil action CV-11-6846 on:

    a. Defendant Cantenberry Kitchen & Bath, LLC, at its place of business, by leaving the papers with Ms. Dana McCann, Cantenberry Kitchen & Bath, LLC's Office Manager at 380 Bloomfield Avenue, Verona NJ 07044, at approximately 11.30 am on Wednesday November 23, 2011;

    b. On Defendant Daniel Knapik at his place of business, by leaving the papers with Ms. Dana McCann, Cantenberry Kitchen & Bath, LLC's Office Manager at 380 Bloomfield Avenue, Verona NJ 07044, at approximately 11.30 am on Wednesday November 23, 2011; and

    c. On Defendant Vincent Corbo at his place of business, by leaving the papers with Ms. Dana McCann, Cantenberry Kitchen & Bath, LLC's Office Manager at 380 Bloomfield Avenue, Verona NJ 07044, at approximately 11.30 am on Wednesday November 23, 2011;

2. Ms. McCann informed me that defendants Mr. Vincent Corbo and Mr. Daniel Knapik, principals of Cantenberry Kitchen & Bath, LLC were not on the premises. Ms. McCann gave me a telephone number and address at which they could be reached: T-Mont Plumbing, located at 208 Harrison St, Nutley, NJ 07110-2638, telephone number (973) 284-1173.  I called the number and spoke with Mr. Corbo.  I identified myself and asked Mr. Corbo if anyone would be present to accept a hand delivery of papers.  Mr. Corbo replied that everyone was out of the office and hung up.  I did not speak with Mr. Knapik.

3. Ms. McCann informed me that defendant Mr. Jeffrey Imhoff no longer worked for Cantenberry Kitchen & Bath, LLC.  Ms. McCann gave me a telephone number where Mr. Imhoff could be reached:  (862) 754-7540.  I spoke with Mr. Imhoff, and upon request, he provided his address and a time he would be home to accept service.

4. I thereafter personally served Plaintiff's Application for a Temporary Restraining Order, and motion for a Preliminary Injunction with expedited hearing and supporting papers, and a letter notifying defendant(s) of Judge Chesler's instructions for civil

action CV-11-6846 on defendant Jeffrey Imhoff, by personally serving him, at his residence, 70 Raymond Avenue, Nutley, NJ 07110, at 1 pm on Wednesday November 23, 2011.

I declare under penalty of perjury that the foregoing statements are true and correct.

By: /s/ Paul Burnett, Esq.

Paul Burnett, Esq.

Dated: November 23, 2011.