# SCHENCK, PRICE, SMITH & KING, LLP
## ATTORNEYS AT LAW

PARAMUS OFFICE
COUNTRY CLUB PLAZA
SUITE 100
WEST 115 CENTURY ROAD
PARAMUS, NJ 07652
TELEPHONE: (201) 262-1600

NEW YORK OFFICE
305 BROADWAY, SUITE 900
NEW YORK, NY 10007
(212) 822-1456

220 Park Avenue
P.O. Box 991
Florham Park, New Jersey 07932

Telephone:(973) 539-1000
Telecopier:(973) 540-7300
www.spsk.com

CHRISTOPHER J. McHATTIE
ADMITTED IN NJ AND NY

DIRECT LINE: (973) 540-7338
EMAIL: CJM@SPSK.COM

*Privileged - Attorney Client Communication*

November 29, 2011

***Via ECF***
Clerk of the Court
United States District Court for the District of New Jersey
*Martin Luther King Building  & U.S. Courthouse*
50 Walnut Street, Room 4015
Newark, NJ 07101

> **Re:    Canterbury Design Kitchen Interiors, LLC v. Cantenberry Kitchen and**
> **Bath, LLC**
> **Civil Action No.:      2:11-cv-06846-SRC-MAS**

Dear Sir:

I enclose a courtesy copy of Plaintiff's Proposed Briefing Schedule filed via ECF above referenced action.

Following the conference call with Judge Chesler, where Judge Chesler instructed the parties to submit a Joint Proposed Briefing Schedule, this office spoke with Mr. John Ward, Esq., regarding the terms of the proposed schedule.  The attached document incorporates the schedule we believed we had reached agreement on with Defendants' counsel.  However, despite multiple requests by this office, we have not received any notification from Defendants' counsel that the parties have reached definitive agreement.  Given the expediency of this matter, we respectfully submit Plaintiff's Proposed Briefing Schedule.

Very truly yours,

/s/ Christopher J. McHattie. Esq.

CHRISTOPHER J. MCHATTIE, ESQ.

CJM

Cover Letter to Court – Canterbury v. Cantenberry
November 29, 2011
Page 2 of 3


Enclosure
cc:     S. Seibold
        Michael K. Mullen
        Canterbury Design Kitchen Interiors, LLC

        Michael C. Bernsten, counsel for Defendant(s), of Ward & Zinna, LLC, 382 Springfield
        Avenue, Summit, New Jersey via Priority Mail.
        Cantenberry Kitchen and Bath, LLC, via Priority Mail.
        Daniel Knapik, via Priority Mail.
        Vincent Corbo, via Priority Mail.
        Jeffrey Imhoff, via Priority Mail.

Cover Letter to Court – Canterbury v. Cantenberry
November 29, 2011
Page 3 of 3

## CERTIFICATION OF SERVICE

I, Christopher J. McHattie, hereby certify as follows:

1.      I am attorney at law admitted to practice in the District of New Jersey with offices at

220 Park Avenue, Florham Park, New Jersey 07932.

2.      On November 29, 2011, I served a copy of:  Plaintiff's Proposed Briefing Schedule

on:  John Ward, Esq., 382 Springfield Avenue, Summit NJ 07901 10016, counsel for Defendant(s);

Daniel Knapik; Vincent Corbo; Jeffrey Imhoff; and Cantenberry Kitchen and Bath, LLC, via

email and Priority Mail.

I declare under penalty of perjury that the foregoing statements are true and correct.


By:      /s/ Christopher J. McHattie, Esq.


Christopher J. McHattie, Esq.


Dated: November 29, 2011.