SCHENCK, PRICE, SMITH & KING, LLP
CHRISTOPHER J. MCHATTIE, ESQ.
220 Park Avenue
Florham Park, New Jersey 07932
mchattie@optonline.net
973-539-1000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CANTERBURY Design KITCHEN INTERIORS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>CANTENBERRY KITCHEN AND BATH, LLC, DANIEL KNAPIK, VINCENT CORBO and JEFFREY IMHOFF<br><br>*Defendant(s).* | Civil Act. No. 2:11-cv-06846-SRC-MAS |

### PLAINTIFF'S PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION WITH AN EXPEDITED HEARING

Plaintiff proposes the following briefing schedule for Plaintiff's Application for a Temporary Restraining Order and Motion for a Preliminary Injunction with an Expedited Hearing:

Plaintiff's proposed briefing schedule:

- The Defendant(s)' Memorandum of Law and Certifications in Opposition must be filed with the Court no later December 12, 2011;

- Plaintiff's Reply papers must be filed no later than seven (7) days following

service of the foregoing.

                                  Respectfully submitted,

                                  CHRISTOPHER J. MCHATTIE, ESQ.

                                  /s/ Christopher J. McHattie
November 29, 2011                   Counsel for Plaintiff
                                  Canterbury Design Kitchen Interior, LLC
                                  Schenk, Price, Smith & King, LLP
                                  220 Park Avenue
                                  Florham Park, New Jersey 07932
                                  Telephone: (973) 539-1000
                                  Facsimile: (973) 540-7300

ORDER

Order granting Plaintiff's Proposed Briefing Schedule for Plaintiff's Application for a Temporary Restraining Order and Motion for a Preliminary Injunction with an Expedited Hearing.

BY THE COURT: 12/6/2011

The Honorable Stanley Chesler, U.S.D.J.

## CERTIFICATION OF SERVICE

I, Christopher J. McHattie, hereby certify as follows:

1. I am attorney at law admitted to practice in the District of New Jersey with offices at 220 Park Avenue, Florham Park, New Jersey 07932.

2. On November 29, 2011, I served a copy of: Plaintiff's Proposed Briefing Schedule on: John Ward, Esq., 382 Springfield Avenue, Summit NJ 07901 10016, counsel for Defendant(s); Daniel Knapik; Vincent Corbo; Jeffrey Imhoff; and Cantenberry Kitchen and Bath, LLC, via email and Priority Mail.

I declare under penalty of perjury that the foregoing statements are true and correct.

By:   /s/ Christopher J. McHattie, Esq.

Christopher J. McHattie, Esq.

Dated: November 29, 2011.